# ALABAMA COURT OF CRIMINAL APPEALS



October 31, 2025

**CR-2022-1383**

Jovon Dwayne Gaston v. State of Alabama (Appeal from Calhoun Circuit Court: CC-11-493.80)

## NOTICE

You are hereby notified that on October 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk